1  Patrick Bright (SBN 68709)
   Wagner, Anderson & Bright P.C.
2  10524 W. Pico Boulevard #214
   Los Angeles, CA 90064
3  213-700-6637
   pbright@patentattorney.us
4
   *Attorneys for Plaintiff*
5  *CIPM, LLC*

6
                    **UNITED STATES DISTRICT COURT**
7                **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
                           **WESTERN DIVISION**
8

| | |
|---|---|
| CIPM, LLC, a Utah Limited Liability Corporation, | Case No. _____ |
| **Plaintiff,** | **COMPLAINT – JURY TRIAL DEMANDED** |
| v. | |
| Stryker Corporation, | |
| **Defendant.** | |

Plaintiff CIPM, LLC ("CIPM") complains of Stryker Corporation, a Michigan corporation, ("Stryker" or "Defendant") and alleges the following:

**Parties**

1. Plaintiff CIPM is a limited liability corporation organized and existing under the laws of Utah, and maintains its principal place of business in Perry, Utah.

2. Defendant Stryker is a corporation organized and existing under the laws of Delaware that maintains its principal place of business in Kalamazoo, MI. Stryker has an office in Anaheim, CA.

**JURISDICTION**

3. This is an action for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code.

4. This Court has exclusive subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

5. This Court has personal jurisdiction over Stryker because, upon information and belief, it has engaged in systematic and continuous business activities in this district, and has committed acts of patent infringement giving rise to this action within this Judicial District.

**VENUE**

6. Venue is proper in this Judicial District under 28 U.S.C. § 1400(b) because Defendant has a place of business in, and has committed acts of patent infringement in this Judicial District.

7. Venue is proper in this Judicial District under 28 U.S.C. § 1391(b)(3) because Stryker is subject to the Court's personal jurisdiction.

**THE PATENT-IN-SUIT**

8. CIPM is the assignee of all right, title and interest in United States Patent No. 10,717,020 (the "'020 Patent," "Patent-in-Suit"), including all rights to enforce and prosecute actions for infringement and to collect damages for all relevant times against infringers of the '020 Patent. Accordingly, CIPM possesses the right and standing to prosecute the present action for infringement of the Patent-in-Suit by Stryker. Exhibit A hereto is a copy of the '020 patent.

9. On July 15, 2020, the United States Patent and Trademark Office issued the '020 Patent. The '020 Patent is titled "Spill resistant container and method of manufacture." A true and

correct copy of the '020 Patent is attached hereto as Exhibit A and incorporated herein by reference.

## COUNT I: INFRINGEMENT OF THE '685 PATENT

10. CIPM incorporates the above paragraphs herein by reference.

11. Upon information and belief, Defendant has been and continues to directly infringe at least Claims 19 and 22 of the '020 Patent in this District and elsewhere in the United States by offering for sale and selling products called Sage Self Oral Care Systems.

12. CIPM is entitled to recover damages adequate to compensate it for such infringement in an amount no less than a reasonable royalty under 35 U.S.C. § 284.

## PRAYER FOR RELIEF

WHEREFORE, CIPM asks this Court to enter judgment against Defendant, granting the following relief:

A. A declaration that Defendant has infringed the Patent-in-Suit;

B. An award of damages to compensate CIPM for Defendant's infringement of the Patent-in-Suit;

C. An accounting of all damages and infringements not presented at trial;

D. An award of prejudgment and post-judgment interest; and

E. Such other relief as this Court may deem proper and just.

December 16, 2020

/s/ Patrick Bright
Patrick Bright
Wagner, Anderson & Bright P.C.
10524 W. Pico Boulevard #214
Los Angeles, CA 90064
213-700-6637
pbright@patentattorney.us
Counsel for Plaintiff

**DEMAND FOR JURY TRIAL**

Under FRCP Rule 38, and Local Rule 38-1, Plaintiff demands trial by jury of all issues so triable.

December 16, 2020

/s/ Patrick Bright
Patrick Bright
Wagner, Anderson & Bright P.C.
10524 W. Pico Boulevard #214
Los Angeles, CA 90064
213-700-6637
pbright@patentattorney.us
Counsel for Plaintiff