Patrick Bright (SBN 68709)
Wagner, Anderson & Bright P.C.
10524 W. Pico Boulevard #214
Los Angeles, CA 90064
213-700-6637
pbright@patentattorney.us

*Attorneys for Plaintiff*
*CIPM, LLC*

Stacey H. Wang (SBN 245195)
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel.: 213.896.2400
Fax: 213.896.2450
stacey.wang@hklaw.com

R. David Donoghue (SBN 205730)
HOLLAND & KNIGHT LLP
150 N. Riverside Plaza, Suite 2700
Chicago, Illinois 60606
Tel: 312.578.6553
Fax: 312.578.6666
david.donoghue@hklaw.com

William E. Sterling (SBN 332585)
HOLLAND & KNIGHT LLP
50 California St. Suite 2800
San Francisco, CA 94111
Tel.: 617.305.2024
Fax: 617.523.6850
william.sterling@hklaw.com

*Attorneys for Defendant*
*Stryker Corporation*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CIPM, LLC, a Utah Limited Liability Corporation,<br><br>**Plaintiff,**<br><br>v.<br><br>Stryker Corporation,<br><br>**Defendant.** | Case No. 8:20-cv-2364-SLS-ADS<br><br>**Stipulated Settlement Notice** |

Pursuant to Section 19 of the Court's Procedures, the parties hereby inform the Court that they have reached a resolution as to all parties and all claims, and request an order staying all proceedings pending a stipulation of dismissal. The

1
Notice to Court

1 | parties anticipate that they will file a stipulation of dismissal within thirty (30) days
2 | of the entry of the Court's stay order.

3

                                      */s/ Patrick Bright*

4 | December 2, 2021

Patrick Bright
Wagner, Anderson & Bright P.C.
10524 W. Pico Boulevard #214
Los Angeles, CA 90064
213-700-6637
pbright@patentattorney.us
Counsel for Plaintiff

*/s/ R. David Donoghue*

R. David Donoghue
HOLLAND & KNIGHT LLP
150 N. Riverside Plaza, Suite 2700
Chicago, Illinois 60606
Tel: 312.578.6553
Fax: 312.578.6666
david.donoghue@hklaw.com

Stacey H. Wang
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel.: 213.896.2400
Fax: 213.896.2450
stacey.wang@hklaw.com

William E. Sterling
HOLLAND & KNIGHT LLP
50 California St. Suite 2800
San Francisco, CA 94111
Tel.: 617.305.2024
Fax: 617.523.6850
william.sterling@hklaw.com

Attorneys for Defendant,
Stryker Corporation