Patrick Bright (SBN 68709)
Wagner, Anderson & Bright P.C.
10524 W. Pico Boulevard #214
Los Angeles, CA 90064
213-700-6637
pbright@patentattorney.us

*Attorney for Plaintiff
CIPM, LLC*

Stacey H. Wang (SBN 245195)
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel.: 213.896.2400
Fax: 213.896.2450
stacey.wang@hklaw.com

R. David Donoghue (SBN 205730)
HOLLAND & KNIGHT LLP
150 N. Riverside Plaza, Suite 2700
Chicago, Illinois 60606
Tel: 312.578.6553
Fax: 312.578.6666
david.donoghue@hklaw.com

William E. Sterling (SBN 332585)
HOLLAND & KNIGHT LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116
Tel.: 617.305.2024
Fax: 617.523.6850
william.sterling@hklaw.com

*Attorneys for Defendant
Stryker Corporation*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| CIPM, LLC, a Utah Limited Liability Corporation,<br><br>**Plaintiff,**<br><br>v.<br><br>Stryker Corporation,<br><br>**Defendant.** | Case No. 8:20-cv-2364-JLS-ADS<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

1

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Having reached an agreement that resolves all matters in this controversy between them, the undersigned, Plaintiff CIPM, LLC and Defendant Stryker Corporation, being all parties who have appeared in the above-captioned action jointly stipulate to the voluntary dismissal of this case with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and with each party to bear its own fees and costs.

Respectfully submitted,

Date: 12/22/2021

By /s/ *Patrick Bright*
Patrick Bright

Wagner, Anderson & Bright P.C.

*Attorney for Plaintiff,*
*CIPM, LLC*

By /s/ *R. D. Donoghue/BDW/*
R. David Donoghue
Stacey H. Wang
William E. Sterling

HOLLAND & KNIGHT LLP

*Attorneys for Defendant,*
*Stryker Corporation*

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated:

/s/_____